IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BENJAMIN R. WOOTEN                                                   PLAINTIFF

v.                              Case No. 1:16-cv-1088

ENTERGY ARKANSAS, INC.
and INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS, LOCAL 1703                     DEFENDANTS

**ORDER**

       Plaintiff Benjamin R. Wooten's counsel, Gene E. McKissic and Jesse L. Kearney, have filed a Motion to be Relieved as Counsel. (ECF No. 36). Mr. McKissic and Mr. Kearney seek to withdraw as counsel of record for Plaintiff; however, they have not provided the Court with Plaintiff's current address. It is necessary for the Court to have an accurate address for Plaintiff so that future orders and other communication can be mailed to Plaintiff. The Court directs Mr. McKissic and Mr. Kearney to file a notice of Plaintiff's current address **on or before December 6, 2017**.

       **IT IS SO ORDERED**, this 28th day of November, 2017.

                                                            /s/ Susan O. Hickey
                                                            Susan O. Hickey
                                                            United States District Judge