IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BENJAMIN R. WOOTEN                                                         PLAINTIFF

v.                                 Civil No. 1:16-cv-01088

ENTERGY ARKANSAS, INC. and
INTERNATIONAL BROTHERHOOD OF ELECTRICAL
WORKERS (IBEW) LOCAL 1703                               DEFENDANTS

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Before the Court are Motions to Dismiss filed by both Defendants in this action. ECF Nos. 49 and 52. Both Defendants seek to have Plaintiff's case dismissed because he failed to prosecute this action. *Id.* Plaintiff has responded to these Motions. ECF No. 54. This matter has been referred to the undersigned and is now ripe for consideration.

**1.**      **Background:**

On February 19, 2018, Defendant Entergy Arkansas, Inc. ("Entergy") filed a Motion for Telephonic Status Conference to discuss Plaintiff's outstanding discovery responses. ECF No. 43. On March 7, 2018, the Court conducted a Telephonic Status Conference with Plaintiff and Defendants' counsel. ECF No. 47. The Court explained to Plaintiff his discovery obligations and indicated an order would be entered directing Plaintiff to "provide all outstanding discovery to Entergy and potential deposition dates to Entergy by **March 23, 2018**." This Order was entered on the same day, March 7, 2018. ECF No. 48. The Court also directed Plaintiff's deposition be taken by "**March 31, 2018**." Finally, the Order warned Plaintiff as follows: "**Plaintiff's failure to comply with this order or any deadline set by the Court may result in this case being dismissed.**"

Thereafter, on March 26, 2018, Entergy filed a Motion to Dismiss Case. ECF No. 49. With that Motion, Entergy seeks to have Plaintiff's case dismissed because he failed to comply with these discovery obligations. *Id.* Entergy pointed out the discovery deadline in this action was set for April 9, 2018, and the motions deadline is May 9, 2018. *Id.* The trial date is set for the week of August 6, 2018. *Id.* Defendant International Brotherhood of Electric Workers, Local 1703 ("IBEW") joined in Entergy's Motion. ECF No. 52.

Plaintiff has responded to these Motions. ECF No. 54. In his response, Plaintiff represents he is still trying to obtain the responsive documents. *Id.* Notably, he states "[p]hone records are pending at this time." *Id.*

**2.     Applicable Law:**

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the Court is permitted to dismiss an action where the "plaintiff fails to prosecute or to comply" with the court rules or a court order.

Furthermore, pursuant to Local Rule 5.5(c)(2) of the Local Rules of the Western District of Arkansas, *pro se* litigants are charged with being responsible for their cases and "familiar with and follow the Federal Rules of Civil Procedure."

**3.     Discussion:**

In the order dated March 7, 2018, this Court directed Plaintiff to respond to all outstanding discovery requests and to submit dates for his own deposition to Defendants by March 23, 2018. ECF No. 48. Plaintiff has not complied with that directive. Plaintiff was also warned in that order that "**Plaintiff's failure to comply with this order or any deadline set by the Court may result in this case being dismissed.**"

Considering the foregoing, the Court recommends Plaintiff's case be dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure and Local Rule 5.5.

**4.      Conclusion:**

Based upon the foregoing, the Court finds Defendants' Motions to Dismiss (ECF No. 40) should be **GRANTED**, and Plaintiff's case should be dismissed without prejudice.

**The Parties have fourteen (14) days from receipt of this Report and Recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Parties are reminded that objections must be both timely and specific to trigger *de novo* review by the district court.** See *Thompson v. Nix*, **897 F.2d 356, 357 (8th Cir. 1990).**

**DATED** this **25th day of April 2018.**

　　　　　　　　　　　　　　　　　　　　　/s/ Barry A. Bryant
　　　　　　　　　　　　　　　　　　　　HON. BARRY A. BRYANT
　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE